UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BEAMER,

    Plaintiff,

v.                                                   Case No. 8:09-cv-1502-T-30AEP

METTLER-TOLEDO, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 23, 2009.

                                                   JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1502.dismissal 10.wpd